# ATTACHMENT 6

Stephen R. Thomas, ISB No. 2326
James L. Martin, ISB No. 4226
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5384
Email: sthomas@hawleytroxell.com
        jmartin@hawleytroxell.com

Attorneys for Defendant PerfectMind, Inc.


IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| CITY OF BOISE CITY, a municipal corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>PERFECTMIND, INC., a British Columbia corporation,<br><br>        Defendant. | Case No. CV01-19-11915<br><br>NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT |

NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT - 1

Pursuant to 28 U.S.C. § 1446(d), please take notice that on July 31, 2019, Defendant

PerfectMind, Inc. filed a Notice of Removal, a copy of which (excluding its exhibits) is attached

to this notice, of the above-entitled action to the United States District Court for the District of

Idaho.  The state court shall proceed no further.

DATED THIS 31<u>st</u> day of July, 2019.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____

Stephen R. Thomas, ISB No. 2326
Attorneys for Defendant PerfectMind, Inc.

NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2019, I caused to be served a true copy of the foregoing NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT  by the method indicated below, and addressed to each of the following:

Scott Muir
Kelley Fleming
BOISE CITY ATTORNEY'S OFFICE
P.O. Box 500
Boise, ID 83701

☐ U.S. Mail, Postage Prepaid
☐ Hand Delivered
☐ Overnight Mail
☐ E-mail: smuir@cityofboise.org
                kfleming@cityofboise.org
☐ Facsimile: 208.384.4454
☑ iCourt

_____
Stephen R. Thomas

NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT - 3

01585.0067.12109887.1